# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED LUBRICATION TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIGHTY LUBE SYSTEMATIC LUBRICATION INC., MIGHTY LUBE USA SALES, INC., and GIL MARTINEZ, an individual, <br><br> Defendants, <br><br> MIGHTY LUBE SYSTEMATIC LUBRICATION, INC., MIGHTY LUBE USA SALES, INC., <br><br> Counterclaimants, <br><br> v. <br><br> APPLIED LUBRICATION TECHNOLOGY, INC., <br><br> Counter-Defendant. <br> GIL MARTINEZ <br><br> Counterclaimant, <br><br> v. <br><br> APPLIED LUBRICATION TECHNOLOGY, INC. <br><br> Counter-Defendant. | Case No. 2:15-CV-04037-TJH-E <br><br> **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> [JS-6] <br><br> **[F.R.Civ.P. 41(a)(2)]** |

Plaintiff and Counterclaim-Defendant Applied Lubrication Technology, Inc. ("Applied Lubrication"), Defendants and Counterclaimants Mighty Lube Systematic Lubrication, Inc. and Mighty Lube USA Sales, Inc. (collectively, "Mighty Lube"), and Defendant and Counterclaimant Gil Martinez ("Martinez"), having entered into a Settlement Agreement and also having entered into and filed with the Court a Stipulation For Dismissal With Prejudice pursuant To F.R.Civ.P. 41(a)(2), and good cause appearing therefor:

IT IS HERBY ORDERED that:

1. All claims and counterclaims asserted in this action between Applied Lubrication and Mighty Lube, and between Applied Lubrication and Martinez, are hereby dismissed with prejudice;

2. Applied Lubrication, Mighty Lube and Martinez shall each bear its or his own respective fees and costs incurred herein; and

3. The Court shall retain jurisdiction over the parties to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED**:

DATED: __JANUARY 21__, 2016      _____
                                    Terry J. Hatter, Jr.
                                    United States District Judge